182 So. 85

### Cary GRAHAM v. STATE.
### 7 Div. 324.

Court of Appeals of Alabama.
Feb. 22, 1938.

Rehearing Granted June 7, 1938.

Motley & Motley, of Gadsden, for appellant.

A. A. Carmichael, Atty. Gen., and B. W. Simmons, Asst. Atty. Gen., for the State.

RICE, Judge.

The State's application for rehearing is granted, and the judgment of reversal is set aside and held for naught. All prior opinions are withdrawn, and the judgment of conviction is affirmed upon authority of Rube Jackson v. State, 236 Ala. 75, 182 So. 83.

Rehearing granted; judgment affirmed.